UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 09-00665 SJO  **DATE:** September 10, 2009

**TITLE:** In Re: Sandra j. Picano, Debtor v. Lionel Wyatt, Appellant v. United States Trustee

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                             Not Present
Courtroom Clerk                              Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                  Not Present

========================================================================
**PROCEEDINGS:** ORDER TO SHOW CAUSE RE DISMISSAL

Appellant has failed to file its opening brief by 9/9/09 as required by the Notice re Bankruptcy Appeal Briefing schedule. Accordingly, the appellant is ORDERED to file its opening brief by September 16, 2009. Failure to comply with this order and the Court will dismiss this case.